250-252 West 27th Street Corporation, Landlord, Respondent, *v.* Samuel Kofsky, Tenant, and Paul Kutner, Tenant and Undertenant, Appellant.

Supreme Court, Appellate Term, First Department, March 27, 1947.

*Louis R. Teig* for appellant.

*Emanuel M. Cohn* for respondent.

SHIENTAG, J. Subdivision (d) of section 8 of the Commercial Rent Law (L. 1945, ch. 3, as amd. by L. 1945, ch. 315, and L. 1946, ch. 272) provides that under certain conditions a landlord may obtain possession of property if he has an equity in the property of not less than 25% of the purchase price. Subdivision (h) of section 8 provides that a person may obtain possession of the property for his own use who owns at least 90% of the stock of a corporation owning the entire premises. Subdivisions (d) and (h) must be read together. A stockholder who claims under subdivision (h) is not qualified to obtain possession unless the corporation under which he claims is itself qualified under subdivision (d) to bring a proceeding. This record shows that the landlord has not an equity of 25% in the building.

The final order should be reversed, with $30 costs, and final order directed in favor of the said tenant and undertenant with costs.

EDER and HECHT, JJ., concur.

Order reversed, etc.